# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** ADELE E. RUPPE

v.

ANTONY J. BLINKEN

**Case No:** 24-5199

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Adele E. Ruppe

### Counsel Information

Lead Counsel: Kevin E. Byrnes

Direct Phone: (703) 590-1234  Fax: (703) 590-0366  Email: kbyrnes@fluet.law; e-file@fluet.law

2nd Counsel: Kiarash Rahnama Moghaddam

Direct Phone: (703) 590-1234  Fax: (703) 590-0366  Email: krahnama@fluet.law; e-file@fluet.law

3rd Counsel:

Direct Phone: (   )           Fax: (   )           Email:

Firm Name: Fluet

Firm Address: 1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102

Firm Phone: (703) 590-1234  Fax: (703) 590-0366  Email: kbyrnes@fluet.law; e-file@fluet.law

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## **CERTIFICATE OF SERVICE**

On September 5, 2025, I certify that the foregoing was served on all counsel of record for the Defendant in this matter via ECF.

*/s/ Kevin E. Byrnes*
Kevin E. Byrnes, Esq.